## GASKINS *v.* THE STATE.

This case came to the Supreme Court on a writ of error to the overruling of a motion for new trial; and being for decision by a full bench of six Justices, Beck, P. J., and Hill and Gilbert, JJ., being of the opinion that the judgment should be affirmed, and Russell, C. J., and Atkinson and Hines, JJ., being of the contrary view, the judgment of the trial court stands affirmed by operation of law.

No. 8015. SEPTEMBER 17, 1931. REHEARING DENIED SEPTEMBER 30, 1931.

*C. L. Cowart,* for plaintiff in error.

*George M. Napier, attorney-general, M. L. Gross, solicitor-general, T. R. Gress, assistant attorney-general,* and *W. H. Lanier,* contra.